of Whitewater and *F. K. Shuttleworth* of Madison, attorneys for the respondents.

In opposition thereto there was a brief by *F. Henry Kiser* of Whitewater and *Page & Ferris* of Elkhorn, attorneys, and *Kopp & Brunckhorst* of Platteville, of counsel.

The motion was denied, with $25 costs, on March 9, 1920.

WHITEWATER TILE & PRESSED BRICK MANUFACTURING COMPANY, Appellant, vs. KESTOL, Executrix, Respondent.

*December 2, 1919—March 9, 1920.*

*Whitewater T. & P. B. M. Co. v. Johnson, ante,* p. 82, followed.

APPEAL from a judgment of the county court of Walworth county: JAY F. LYON, Judge. *Reversed.*

For the appellant there were briefs by *F. Henry Kiser* of Whitewater and *Page & Ferris* of Elkhorn, attorneys, and *Kopp & Brunckhorst* of Platteville, of counsel, and oral argument by *L. A. Brunckhorst.*

*E. T. Cass* of Whitewater, for the respondent.

The following opinion was filed January 13, 1920:

VINJE, J.  This case is ruled by the case of *Whitewater Tile & Pressed Brick M. Co. v. Johnson, ante,* p. 82, 175 N. W. 786.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment for plaintiff for the sum of $600 with interest thereon at six per cent. per annum from May 26, 1903, and costs.

A motion for a rehearing was denied, with $25 costs, on March 9, 1920.

WHITEWATER TILE & PRESSED BRICK MANUFACTURING COMPANY, Appellant, vs. BAKER, Administratrix, Respondent.

*December 2, 1919—March 9, 1920.*

*Whitewater T. & P. B. M. Co. v. Johnson, ante,* p. 82, followed.

APPEAL from a judgment of the county court of Walworth county: JAY F. LYON, Judge. *Reversed.*

For the appellant there was a brief by *F. Henry Kiser* of Whitewater and *Page & Ferris* of Elkhorn, attorneys, and *Kopp &*

*Brunckhorst* of Platteville, of counsel, and oral argument by *L. A. Brunckhorst.*

*E. T. Cass* of Whitewater, for the respondent.

The following opinion was filed January 13, 1920:

VINJE, J.   This case is ruled by the case of *Whitewater Tile & Pressed Brick M. Co. v. Johnson, ante,* p. 82, 175 N. W. 786.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment for plaintiff for the sum of $600 with interest thereon at six per cent. per annum from May 26, 1903, and costs.

A motion for a rehearing was denied, with $25 costs, on March 9, 1920.

---

ROWELL, Respondent, vs. RHADANS and another, Appellants.

*December 3, 1919—March 9, 1920.*

*Vendor and purchaser: Co-grantors: Breach of joint covenant: Parties to action for purchase price: Mistake in description of deed: Pleading: General denial: Parol evidence to vary deed: Fraud: Appeal: Real issue not litigated: Disposition of case.*

1. In the absence of allegations of fraud or mistake, oral evidence is inadmissible to contradict the provisions of a deed stating the description and amount of land conveyed.
2. Where a defendant's answer and counterclaim in an action on a purchase-price note alleged that the deed from plaintiff and his co-grantor embraced land to which they had no title, the co-grantor was a necessary party where the covenants in the deed were joint and not joint and several.
3. Where in such case the defendant purchaser alleged that plaintiff had no title to part of the land deeded, and plaintiff's reply was merely a general denial, defendant was entitled to recover the value of the land as to which title had failed upon the execution of the deed being admitted, the question whether the description in the deed was inserted by mutual mistake. not being presented by the pleadings.
4. An erroneous judgment for the plaintiff, entered without fully trying the real controversy between the parties, will be reversed and the cause remanded for a new trial under sec. 2405m, Stats.